AO 91 (Rev. 11/11)  Criminal Complaint     *Harwood*

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
SEP 20 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Rudy Valeriano CARRILLO, Jr.<br>TN: Rodolfo Valeriano CARRILLO, Jr.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 7:18-MJ-289(01)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  08/29/2018  in the county of  Midland  in the
Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 (a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy T. Waechter, Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/20/2018

_____
Judge's signature

City and state:  Midland, Texas

Ronald C. Griffin, United States Magistrate Judge
Printed name and title